**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7206**

———————

VICTOR COLLYN GREENE,

Plaintiff - Appellant,

versus

MARYLAND DEPARTMENT OF PUBLIC SAFETY AND COR-
RECTIONAL SERVICES; MARYLAND CORRECTIONAL PRE-
RELEASE SYSTEM; EASTERN CORRECTIONAL INSTITU-
TION; WESTERN CORRECTIONAL INSTITUTION; RICH-
ARD LANHAM, Commissioner; SERGEANT TEAGUES;
MILLS, CO II; RON EVERETTE, CMS; RESURRECION,
CMS; M. MALOFF; M. WILSON; EARL BESHEARS,
Warden; DYKES, CO II; SERGEANT PIERSON; GREEN,
CO II; ERATZO, CO II; R. BRADSHAW, CO II;
LINDSEY, CMS; DEAN, CMS; R. HOUKES, Institu-
tional Parole Agent; WARDEN SIZER; LIEUTENANT
JACOBS; TALLEY, CO 2; SHAFFER, CO 2; GILLIAM,
CO 2; MARYLAND PAROLE COMMISSION; UNNAMED
OFFICIALS OF PAROLE COMMISSION & OF DEPARTMENT
OF PUBLIC SAFETY AND CORRECTIONAL SERVICE, in
their official capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-98-1843-JFM)

———————

Submitted:  February 11, 1999       Decided:  February 23, 1999

———————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Victor Collyn Greene, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor Collyn Greene appeals from the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) action and denying his motion for reconsideration. Greene's motion was dismissed for failure to present a short and plain statement of the facts and due to his attempt to sue unrelated defendants on unrelated claims in one complaint. Because a dismissal without prejudice is generally unappealable, we dismiss the appeal. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED